THE TRUSTEES OF DUMMER ACADEMY

*vs.*

CHARLES E. BANKS.

Cumberland County.    Decided July 14, 1911.    Assumpsit brought in Superior Court in said county, to recover balance due for tuition, board, etc., of defendant's minor son while a student at Dummer Academy for the school year 1907-1908.    Plea, the general issue.    The defendant offered no evidence.    Verdict for plaintiff for $200.75.    Defendant moved for a new trial.    The rescript says:    "The record in this case shows sufficient undisputed testimony to warrant a jury in finding for the plaintiff.    Therefore, the verdict, which was for the plaintiff, cannot be disturbed. Motion for a new trial overruled."    *John H. Pierce*, for plaintiff. *Eaton, Keene & Gardner*, for defendant.

---

ANNIE L. MORAN *vs*. FRANK SOUTHARD.

Penobscot County.    Decided July 25, 1911.    Action against the defendant, a dentist, for malpractice.    Verdict for plaintiff for $200.    The defendant moved for a new trial.    The rescript says: "A majority of the qualified Justices are of opinion that the verdict, which was for the plaintiff, was warranted by the evidence." Motion overruled.    *Louis C. Stearns, and Louis C. Stearns, Jr.*, for plaintiff.    *Martin & Cook*, for defendant.